**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OPULENT TREASURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-01283 |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | Judge Harry D. Leinenweber |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS, AND UNINCORPORATED | ) | Magistrate Judge Gabriel A. Fuentes |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE | ) | |
| A TO THE COMPLAINT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11 AS A RESULT**
**OF BD'S FILING NOTICE OF CHARGING LIEN (ECF 30)**

Plaintiff OPULENT TREASURES, INC. ("Plaintiff"), by and through the undersigned

counsel, and pursuant to Fed R. Civ. P. 11(b)(1)–(3) and (c) moves for sanctions against Brozynski

& Dalton P.C. and its attorneys Katarzyna Brozynski and Bart Dalton (collectively, "BD") as a

result of BD's filing of Brozynski & Dalton, PC's Notice of Charging Lien (ECF 30) ("Notice of

Charging Lien"). Plaintiff requests that the Court strike BD's Notice of Charging Lien with

prejudice under Rule 11(c)(4). Plaintiff also requests that the Court order BD to pay Plaintiff all

reasonable attorneys' fees and other expenses incurred by Plaintiff as a direct result of the filing

of the Notice of Charging Lien, including attorneys' fees and expenses incurred for the instant

motion for sanctions under Rule 11(c)(4).

1.      In support, Plaintiff files its supporting Memorandum.

2.      Per the 21-day "safe harbor" provided in Rule 11(c)(2), Plaintiff served this Motion

and supporting Memorandum upon BD on April 26, 2023, along with a Motion attached hereto as

Exhibit A, but did not file it or present it to the Court at that time. The Memorandum has not been

changed except to update the date for the instant filing.

Dated: May 18, 2023                                        Respectfully submitted,

                                                           THOITS LAW

                                                           By:___/s/David E. Hutchinson_____
                                                                 David E. Hutchinson
                                                                 1136 S Delano Court West
                                                                 Suite B201, 2068
                                                                 Chicago, IL 60605
                                                                 DHutchinson@thoits.com

                                                                 Anna Iskikian
                                                                 400 Main Street, Suite 250
                                                                 Los Altos, CA 94022
                                                                 (650) 327 4200
                                                                 AIskikian@thoits.com

                                                                 *Attorneys for Plaintiff*
                                                                 *Opulent Treasures, Inc.*

## CERTIFICATE OF SERVICE

I, David E. Hutchinson, an attorney for Plaintiff OPULENT TREASURES, INC., hereby certify that on May 18, 2023, I filed the foregoing Plaintiff's Motion for Sanctions under Fed. R. Civ. P. 11 as a Result of BD'S Filing Notice of Charging Lien (ECF 30), as well as the accompanying Memorandum of Law in Support, with the Clerk of the Court via the Court's ECF system and served the foregoing, upon counsel for Brozynski & Dalton PC, via FedEx mailing to the addresses noted below.

Katarzyna Brozynski
Brozynski & Dalton PC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Tel: 972.371.0679
kasia@bdlegalgroup.com

Bart Dalton
Brozynski & Dalton PC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Tel: 972.371.0679
bart@bdlegalgroup.com

/s/David E. Hutchinson
David E. Hutchinson